# EXHIBIT A

**FILED**
**SEP 1 4 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(b)

Case: 1:17-mc-02272
Assigned To : Meriweather, Robin M.
Assign. Date : 9/13/2017
Description: Misc.

### ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an order directing Google, Inc., an electronic communication and/or remote computing service provider located in Mountain View, CA, not to notify any other person of the existence of subpoena number GJ2017091241939 issued by the United States on behalf of a federal Grand Jury empanelled in the United States District Court for the District of Columbia (the "Subpoena"), the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 2705(b), Google and its employees shall not disclose the existence of the Subpoena to any other person (except attorneys for Google for the purpose of receiving legal advice) for a period of one year (commencing on the date of this Order) or until further court order, whichever is sooner.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____
UNITED STATES MAGISTRATE JUDGE

9/13/17
Date

Robin M. Meriweather
U.S. Magistrate Judge

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
By_____
Deputy Clerk



FILED
AUG 2 3 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(b) CONCERNING LEGAL PROCESS DIRECTED AT GOOGLE FOR INVESTIGATION 2017R01896

Case: 17-mc-02272

**Filed Under Seal**

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an order directing Google LLC., an electronic communication and/or remote computing service provider located in Mountain View, CA, not to notify any other person of the existence of legal process previously issued pursuant to 18 U.S.C. §§ 2703 and 2705(b) having tracking and subpoena number GJ2017091241939 (the "Legal Request"), the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 2705(b), Google and its employees shall not disclose the existence of the Legal Request to any other person (except attorneys for Google for the purpose of receiving legal advice) for a period of one year (commencing on the date of this Order) or until further court order, whichever is sooner.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

8/22/18
Date

_____
UNITED STATES MAGISTRATE JUDGE

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(b) CONCERNING LEGAL PROCESS DIRECTED AT GOOGLE LLC FOR INVESTIGATION 2017R01896 | Misc. No. 17-mc-02272<br><br>**Under Seal** |

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting the extension of an order directing Google LLC ("PROVIDER"), an electronic communication and/or remote computing service provider located in Mountain View, California, not to notify any other person of the existence of legal process previously issued under the following case numbers pursuant to 18 U.S.C. §§ 2703 and 2705(b), in connection with an ongoing investigation: subpoena number GJ2017091241939 and case number 17-mc-02272, collectively the "Legal Request," the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that PROVIDER and its employees shall not disclose the existence of the Legal Request or any related Order of this Court to any other person (except attorneys for PROVIDER for the purpose of receiving legal

2

advice) for an additional period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court

 IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Digitally signed by Richard A. Lloret
Date: 2019.08.16 10:41:42 -04'00'

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(b) CONCERNING LEGAL PROCESS DIRECTED AT GOOGLE LLC FOR INVESTIGATION 2017R01896 | Misc. No. 17-mc-02272<br><br>Under Seal |

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting the extension of an order directing Google LLC ("PROVIDER"), an electronic communication and/or remote computing service provider located in Mountain View, California, not to notify any other person of the existence of legal process previously issued under the following case numbers pursuant to 18 U.S.C. §§ 2703 and 2705(b), in connection with an ongoing investigation: subpoena number GJ2017091241939 and case number 17-mc-02272, collectively the "Legal Request," the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that PROVIDER and its employees shall not disclose the existence of the Legal Request or any related Order of this Court to any other person (except attorneys for PROVIDER for the purpose of receiving legal

2

2

advice) for an additional period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

2020.09.02
19:48:11
-04'00'

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2705(b) CONCERNING LEGAL PROCESS DIRECTED AT GOOGLE LLC FOR INVESTIGATION 2017R01896 | Misc. No. 17-mc-02272<br><br>**Under Seal** |

# ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting the extension of an order directing Google LLC ("PROVIDER"), an electronic communication and/or remote computing service provider located in Mountain View, California, not to notify any other person of the existence of legal process previously issued under the following case numbers pursuant to 18 U.S.C. §§ 2703 and 2705(b), in connection with an ongoing investigation: subpoena number GJ2017091241939 and case number 17-mc-02272, collectively the "Legal Request," the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that PROVIDER and its employees shall not disclose the existence of the Legal Request or any related Order of this Court to any other person (except attorneys for PROVIDER for the purpose of receiving legal

2

2

advice) for an additional period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Richard A. Lloret
2021.08.26 13:12:49
-04'00'

UNITED STATES MAGISTRATE JUDGE

# EXHIBIT B

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:    Custodian Of Records
       Google
       1600 Amphitheatre Parkway
       Mountain View, CA 94043

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor   Grand Jury #   16-3<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Date and Time:<br>Tuesday, September 26, 2017 at 9:00 AM |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects:

PLEASE SEE ATTACHMENT

Date: September 12, 2017

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, telephone number and email of the Assistant United States Attorney, who requests this subpoena, are:

United States Attorney's Office for the District of Columbia
555 4th Street, N.W. Room #
Washington, DC 20530
Phone:
Email:

Subpoena #GJ2017091241939
USAO #2017R01896
Preparer:

**ATTACHMENT**
**Google/ Google Voice**

All customer or subscriber account information for any and all accounts associated with the following identifiers listed below from: **December 1, 2016 to May 1, 2017**:



In addition, for each such account, the information shall include the subscriber's:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Text message logs;

5. Records of session times and durations;

6. Length of service (including start date) and types of service utilized;

7. All accounts linked to the above mentioned accounts and others by cookies;

8. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), MSISDN, International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Station Equipment Identities ("IMEI"));

9. Other subscriber numbers or identities (including temporarily assigned network addresses and registration Internet Protocol ("IP") addresses);

10. Means and source of payment for such service (including any credit card or bank account number) and billing records.