CLOSED,SCA-DNOT,Sealed_Case

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:17-mc-02272-RMM *SEALED*
### Internal Use Only

APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. 2705(B)
Assigned to: Magistrate Judge Robin M. Meriweather
Cause: Civil Miscellaneous Case

Date Filed: 09/13/2017
Date Terminated: 09/14/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**In Re**

**APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. 2705(B)**

**Interested Party**

**UNITED STATES OF AMERICA** represented by **Tejpal Singh Chawla**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7280
Email: tejpal.chawla@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2021 | 10 | ORDER granting Application for an Order pursuant to 18 USC 2705(b). Signed by Magistrate Judge Richard A. Lloret on 8/26/2021. Counsel has been notified electronically. (ztth) (Entered: 08/26/2021) |
| 08/26/2021 | 9 | APPLICATION for Order pursuant to 18 U.S.C. 2705(b) filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Chawla, Tejpal) (Entered: 08/26/2021) |
| 09/03/2020 | 8 | ORDER granting Application for an Order pursuant to 18 USC 2705(b). Signed by US Magistrate Judge Elizabeth Tipper Hey on 09/02/2020. Counsel has been notified electronically.(zjf) (Entered: 09/03/2020) |
| 09/02/2020 | 7 | APPLICATION for Order pursuant to 18 U.S.C. 2705(b) filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Chawla, Tejpal) (Entered: 09/02/2020) |
| 08/16/2019 | 6 | ORDER granting Application for an Order pursuant to 18 USC 2705(b). Signed by Magistrate Judge Richard A. Lloret on 8/16/2019. Counsel has been notified electronically. (ztth) (Entered: 08/16/2019) |

| 08/15/2019 | 5 | APPLICATION for Order pursuant to 18 U.S.C. 2705(b) *for Google* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Chawla, Tejpal) (Entered: 08/15/2019) |
| --- | --- | --- |
| 08/23/2018 | 4 | ORDER granting Application for an Order pursuant to 18 USC 2705(b). Signed by Magistrate Judge G. Michael Harvey on 8/22/2018. Certified copy(s) made available to counsel of record. (ztth) (Entered: 08/24/2018) |
| 08/22/2018 | 3 | APPLICATION for Additional Order pursuant to 18 USC 2705(b) filed by UNITED STATES OF AMERICA. (ztth) (Entered: 08/23/2018) |
| 09/14/2017 | 2 | ORDER granting Application for an Order pursuant to 18 USC 2705(b). Signed by Magistrate Judge Robin M. Meriweather on 9/13/2017. Counsel of record received certified copies from the miscellaneous clerk.(zrdj) (Entered: 09/15/2017) |
| 09/13/2017 | 1 | APPLICATION for Order pursuant to 18 USC 2705(b) filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(ztd) (Entered: 09/14/2017) |